FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court
### Eastern District of Washington

__Tammy Gail Piazza__
__202 N Bannen Rd__
__Spokane Valley, WA 99216__

*(In the space above enter the full name(s) of the plaintiff(s).)*

P.O. Box 334
Otis Orchard, WA 99216

-against-

__Jeffrey Donld Piazza__
__202 N Bannen Rd__
__Spokane Vally, WA 99216__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

2:23-cv-00205-TOR

Case No. _____

(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☐ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __Piazza Tammy Gail__
Name (Last, First, MI)

__202 N Bannen Rd__
Street Address

__Spokane Valley           WA         99216__
County, City                State       Zip Code

__509-218-3215 (Jeff turned off on 7/18/23)__
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Piazza Jeffrey__
Name (Last, First)

__202 N Bannen Rd__
Street Address

__Spokane            WA          99216__
County, City         State         Zip Code

Defendant 2: __Josephine Kinerson__
Name (Last, First)

__202 N Bannen Rd__
Street Address

__Spokane            WA          99216__
County, City         State         Zip Code

**Defendant(s) Continued**

Defendant 3: Davis Threasa Ann
Name (Last, First)

21444 Squaw Grass Trail
Street Address

Reddi                CA        96003
County, City        State     Zip Code

Defendant 4: Kelly Laura
Name (Last, First)

26215 E Kildea
Street Address

Newman Lake        WA        99025
County, City        State     Zip Code

## II.  BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Jeffrey is a retired Airforce cop years of Service 1976 - 1996 (20 years 24 days) Jeffrey was in a car accident on June 10, 1977. He has been disabled and paid for this sence June 10, 1977. Jeffrey has three incomes. Airforce Retirement, SSI and Airford Disability.

Page 3 of 8

### III.  VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Jeffrey & I live in Spokane Valley, WA. Jeffrey has resently been seen by the VA Clinic in Reddi on 6/23/23. They gave us very bad news about his health. Jeffrey has nt excepted the news.

### IV.  STATEMENT OF CLAIM

Place(s) of occurrence: Josephine home, Laurije Kelly home, Threasa Davis home, Franklin Hodsons' home.

Date(s) of occurrence: 4/15/2023, 4/?/23, 6/?/23, 7/4/23

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Have police reports with each person listed above. From: WA, CA, Oregon back to WA.

| Was anyone else involved? | |

> Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

w/ Police reports of every event when I was phicicali injored by all that are listed her. WA Jeffrey = Josephine, WA Laurie Kelly, CA Terrie Davis, Jeffrey in Orgen again. Jeffrey has spent all our money, put me in the hospital in Orgen, also has hurt me with his hands and feet, on more then one accation.

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 30,000 in bodly harm

☒ Other (explain):

10,000 back into my bank account Jeffrey turns my phone back on.

Jeffrey to sing off the title to my car and trailor Jeffrey can keep his truck, I will sing off this.

The tralor needs to be sold and the money split between us. I have a buyer for the trailor to day. Jeffree also has my birtheertiket I what it back. Thank you

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

7/19/2023
Dated

*Piazza* [Plaintiff's Signature]

Piazza Tammy G.
Printed Name (Last, First, MI)

202 N Bannen Rd    Spokane Valley, WA    99216
Address    City    State    Zip Code

509-218-3215 (turned off by Jeffrey Piazza last night.)
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*