AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| TAMMY GAIL PIAZZA, <br> *Plaintiff* <br> v. <br><br> JEFFREY DONALD PIAZZA, et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No. 2:23-CV-0205-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice to filing in state court. Plaintiff's in forma pauperis status is hereby REVOKED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

upon review of Plaintiff's Complaint (ECF No. 1).

Date: July 20, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry